District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULSALAM MOHAMED SALEH MOHAMED; WAGDAN MOHAMED; MULHEM MOHAMED; and B.M., a minor child of Abdulsalam Mohamed Saleh Mohamed,<br><br>Plaintiffs,<br><br>v.<br><br>JEH JOHNSON, Secretary, Department of Homeland Security; and RON ROSENBERG, Chief Administrative Appeals Office, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. C13-00530-RAJ<br><br>[proposed] ORDER STAYING PROCEDINGS<br><br>**Noted on motion calendar: March 10, 2014** |

**[proposed] ORDER STAYING PROCEEDINGS**

This matter having been opened to the Court by Plaintiffs' Complaint, and the Court having considered the Parties' Stipulated Motion to Stay Proceedings,

1

IT IS ordered that that this matter is stayed until the Administrative Appeals Office of U.S. Citizenship and Immigration Services ("AAO") adjudicates Plaintiffs' January 24, 2014, motion to reopen.

It is further ordered that if the AAO's adjudication of Plaintiffs' January 24, 2014, motion to reopen does not resolve the Parties' dispute without the need for further litigation, Plaintiffs will file a second amended complaint in this action within ten days of the AAO's adjudication of Plaintiffs' January 24, 2014, motion to reopen and that Defendants will answer or otherwise respond to the second amended complaint within ten days of service of the second amended complaint.

It is further ordered that if the AAO has not adjudicated Plaintiffs' January 24, 2014, motion to reopen by May 9, 2014, the Parties shall submit a joint status report to the Court regarding the status of Plaintiffs' motion to reopen.

DATED this 11th day of March, 2014.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge